IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ORLANDO CLARK | Criminal No. 1:22-CR-426 |

## WAIVER OF INDICTMENT

I, Orlando Clark, the above-named Defendant, understand that I am being accused of conspiracy to commit bribery of a public official, in violation of 18 U.S.C. §§ 371, 201, and conspiracy to commit visa fraud, in violation of 18 U.S.C. §§ 371, 1546; and having been advised of the nature of the charges, the proposed information, and my rights, I hereby waive prosecution by indictment and agree to proceed by information.

In open Court, this 4th day of January 2023.

_____
Orlando Clark
*Defendant*

_____
Stephen Katz
*Counsel for Defendant*
Georgia Bar No. 404065

Before _____
Judicial Officer

FILED IN OPEN COURT
U.S.D.C. - Atlanta
JAN - 4 2023
KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk