IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| | : | CRIMINAL CASE NO. |
| v. | : | 1:22-cr-00426-SDG |
| | : | |
| ORLANDO CLARK | : | |

### MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The defendant, Orlando Clark ("defendant"), by consent, appeared before the undersigned United States Magistrate Judge and entered pleas of guilty to Counts One and Two of the Information. After cautioning and examining the defendant under oath concerning each of the subjects mentioned in Rule 11, I have determined that the guilty pleas were knowing and voluntary, and that the pleas to the offenses charged are supported by an independent basis in fact establishing each of the essential elements of the offenses. I have also determined that, to the maximum extent permitted by federal law, the defendant has voluntarily and expressly waived his right to appeal the convictions and sentences and the right to collaterally attack his sentences in any post-conviction proceedings, including by motion filed pursuant to 28 U.S.C. § 2255, on any ground, except that the defendant may file a direct appeal of an upward departure or a variance from the sentencing guideline range as calculated by the district court, and if the

Government appeals the sentences imposed, the defendant may also file a cross-appeal of that same sentences.[1] It is, therefore, **RECOMMENDED** that the pleas of guilty be accepted and that the defendant be adjudged guilty of the offenses charges and have sentences imposed accordingly

 **IT IS SO RECOMMENDED**, this 4th day of January, 2023.

*Russell G. Vineyard*
RUSSELL G. VINEYARD
UNITED STATES MAGISTRATE JUDGE

---

[1] Counsel for defendant noted on the record that all defenses have been discussed with defendant, including the date of the last overt act charged in Count 1 with consideration of the Wartime Suspension of Limitations Act, 18 U.S.C. § 3287.