**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

UNITED STATES OF AMERICA

v.

ORLANDO CLARK

Criminal Docket No.
1:22-CR-426-SDG-1

## ORDER

This matter is before the Court for consideration of the Final Report and Recommendation entered by United States Magistrate Judge Russell G. Vineyard [ECF 7], which recommends that Defendant Orlando Clark's plea of guilty be accepted and that the Defendant be adjudged guilty. Neither party filed objections to the Final Report and Recommendation. In the absence of objections, and under 28 U.S.C. § 636(b)(1) and Fed. R. Crim. P. 59(b)(1), this Court reviewed the Report and Recommendation for clear error and found none. Accordingly, this Court ADOPTS the Final Report and Recommendation [ECF 7] as the order of this Court.

Defendant Orlando Clark's plea of guilty is **ACCEPTED** and he is **ADJUDGED** guilty. Sentencing is scheduled for Wednesday, April 12, 2023 at 10:00 a.m.

IT IS SO ORDERED this 15th day of February, 2023.

Steven D. Grimberg
United States District Court Judge